**93–69.**  Manning v. Ramos.  *Cuyahoga County*, No. 61060.
F.E. SWEENEY, J., not participating.

*Thursday, April 22, 1993*

## MERIT DOCKET

**91–1938.**  State v. Hughes.  *Marion County*, No. 9–90–68.  On joint motion to vacate and remand.  Joint motion granted.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.
PFEIFER, J., dissents.

**92–2303.**  State ex rel. Ohio Academy of Nursing Homes, Inc. v. Conrad.  In Mandamus.  On motion for summary judgment and ·motion for stay pending ruling on the motion for summary judgment.  Summary judgment denied; stay granted; protective order granted; and *sua sponte* cause dismissed because there is an adequate remedy at law.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

## MOTION DOCKET

**90–151.**  State ex rel. Hoose v. Lake Cty. Bd. of Commrs.  In Mandamus.  On motion to show cause and on motion to appoint master commissioner.  *Sua sponte,* this cause is stayed and will be decided on authority of 92–1452, *Lake Cty. Bd. of Commrs. v. Weaver,* Lake County, No. 89–L–14–076.

**93–515.**  State v. Lewis.  *Lawrence County*, Nos. 1920, 1924 and 1943.  On motion for temporary restraining order.  Motion denied.
MOYER, C.J., and PFEIFER, J., would dismiss the cause.

**93–636.**  Cook v. Wineberry Deli, Inc.  *Summit County*, No. 15694.  On motion for stay.  Motion granted.
MOYER, C.J., dissents.